[Crim. No. 526. Fourth Appellate District.—October 11, 1939.]

THE PEOPLE, Respondent, v. LOREN TWYMAN PERCE, Appellant.

No appearance for Appellant.

Earl Warren, Attorney-General, and Eugene M. Elson, Deputy Attorney-General, for Respondent.

MARKS, J.—Respondent has moved to affirm the judgment or to dismiss the appeal under the provisions of section 1253 of the Penal Code.

The record on appeal was filed in the office of the clerk of this court on August 15, 1939. The cause was placed on the calendar of October 10, 1939. No one appeared for

defendant and he has filed no brief nor otherwise made any appearance herein.

The judgment is affirmed.

Barnard, P. J., and Griffin, J., concurred.